(page 9)

US district Courts Southern District of Mississippi Northern Jackson Civil Docket For Case #3:10-cv-00647-CWR-LRA

3:21-cv-722-DPJ-FKB   (11-03-2021)

This is a lawsuit against the US District Courts, Southern District of Mississippi for ("failuring to investigate my habeas Corpus between the 02-24-2011 AND 9-26-2011.)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 08 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

① Plaintiff / Christopher Maurice McDowell
45 Hardy Court Shopping Center
Gulfport, Ms 39507  (786-668-9930 phone number)
DOB 11-24-1980
SSI 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

② Defendant /
Carlton W. Reeves
US District Court, 501 Court Street,
Suite 2.500, Jackson, Ms 39201.
phone number (601) 608-4600

① 11-3-2021

**NOTICE:** THIS IS A SAMPLE FORM WHICH MAY BE USED ONLY AS A GUIDE IN CONSTRUCTING A COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI. ALTHOUGH THE PLAINTIFF MAY BE PRO SE (not represented by an attorney), THE PLAINTIFF IS STILL REQUIRED TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF THE SOUTHERN DISTRICT OF MISSISSIPPI. **DO NOT WRITE ON THIS FORM.**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_JACKSON_ DIVISION

① Christopher Maurice McDowell
Address 45 Hardy Court Shopping Center, Gulfport, MS 39507
Phone Number (786)(668-9930)
(11-24-1980 DOB)
(SSI)(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)
(Plaintiff's name), PLAINTIFF

② vs. United States District Court Southern of Mississippi Jackson Division
501 E. Court Street, Suite 2.500, Jackson, MS 39201
(601 608-4000)
(Defendant(s) name(s)), DEFENDANT(S)

CIVIL ACTION NO. _____
(to be provided by the Court)

**COMPLAINT**

COMES NOW, plaintiff, ① Christopher M. McDowell (plaintiff's name), pro se, and for cause of action against the defendant(s), ② U.S. District Court Southern District of Mississippi — Carlton W. Reeves (each of the defendants names), would state:

**JURISDICTION**

(Plaintiff is to complete this space by making a short and accurate statement of the grounds upon which the court's jurisdiction depends. That is, why this matter is being brought in Federal Court).

From Jackson, Mississippi
In Biloxi, MS Now

I.

① Plaintiff is an adult resident citizen of the County of _____, State of Mississippi.

② The defendant Carlton W. Reeves is an adult resident citizen of the County of Hinds, State of Mississippi. (The plaintiff will need to provide this information for each of the

g:\prose\forms\cmprose.1

Page (1)

11-03-2021

On Feburary 07, 2010, I Christopher McDowell got into it with my family about an bad situation and the cops was called but into 143 Inez Owens Drive Jackson, MS 39212. I was arrested took too Raymond County Dentention Center in Raymond, MS and charged with Domestic Violent threating a family member. At this time I was on Earn Release Supervision Program (ERS) a MDOC program for earlier releaser. I was booked into the jail around 30 minutes after being there and was told my bond. I was put back into the holding tank and prayed they would release me because at this time, Raymond County Jail in Jackson was (ROR) misdermeanor until there court date. So around

(Page 4)
11-03-2021

AROUND AN hour later after that officer Davis (a white girl) yet this WORKER staff inmate guy go that was in the holding the cell with me and didnt let me go at the same time. So I ask her was I was going to be let go and she said wait a minute, get him first. This was Sunday 2-07-2010. So I waited about 45 minute later and ask her was I going to be released and she states (No). I got mad because I was suppose to left with the other inmate, but now I know she had under sleeve holding me until my ERS officer Keith Brown arrive Wednesday morning because he told me to return to his offices this coming Tuesday which was 2-9-10, to bring the copy of the money order back. I saw him on 2-2-10, but it was late to see him, so he told me too

11-03-2021

bring(it) back on 2-9-10 Tuesday of the next week. So I ended going in the back to the classification pod C on Monday 02-08-10, Monday morning until my ERS officer came and got me Keith Brown, because I did not have that $100 bond to be released.

So on 2-10-2010 around 900am that morning Wednesday. I was told to pack up from my cell and too leave. I arrived to booking and their goes my (ERS) officer Keith Brown with his ~~changes~~ chaines. So he told me too turn around to the wall to be chained AND ~~around~~ took to his offices. 421 West Pasagoula Street Jackson, Ms 39203 is where this offices is located. Probation and Parole offices. So I was took out the car took to upstair to Mr. Keith Brown offices in the back. He told me to sign this white sheet of paper because I could have returned to

(PAGE 3)
11-03-2021

to his office on 2-8-2010 on (ROR) to return to misdemeanor courts in Hinds County. So now still with the same chains on, I was hauled off to (CMCF) by Keith Brown, ERS officer, him and one of his co-worker. Now arriving at Rankin County Correctional facitility CMCF, I step in Recieving booking and he took the chain off me. I did not know at this time I had a fake (RVR 784491) and that (it) was not real, A Real Rule Violation Report for violating ERS for domestic violent. So I got dress out and went to the section (RC) on the hill where they hold inmate for outer violation on the street. I felt to sleep that night and woke up the next morning, now knowing Keith Brown my ERS officer (did not) violate my Earned Release Program since 8-29-2008 release date on. So I waited on the first officer I saw to report this because I am illegally on the premises of CMCF, prison. 2-11-2010.

(PAGE 7)

11-03-2021

I saw a Ranking officer around 9:00 AM on 2-11-2010, Thursday and let him know, I can't be on the premises with this piece of paper and that CMCF staff is holding me illegally. I remember the guy name Lt Brown, (RC) worker at CMCF. So he refuse to get me to the Captain offices of CMCF and told me too get back into the cell I was in at RC holding cell. So we slowly (They c me later.) argued and yell, so he told a officer with him to haul me off to (section 6) and a super max cell of the RC area. I Christopher McDowell complainted from 2-11-2010 to 2-24-2010, I am not to be incarcerted to staff, until Disciplinary hearing on 2-24-10. Mrs. Panessa L. Johnson held the hearing in RC area of Rankin County CF. so as I sat down to speak, I states to her, that I am (not guilty) because I was'nt violated on ERS since 8-29-2008 and to let me free go home because of this fault by MDOC staff as (auhole). So she states well state your name for the records for the hearing and that your family dead the domestic violent charges and I am violating

(Page 13) (in pg) (you
11-02-2021

Because he bought you back to MDOC. (This is an illegally hearing. Domestic Violence charge drop on 2-24-2010 at CMCF. Disciplinary hearing, by hearing officer.) So I was escorted back to my cell illegally with ERS charges being drop at hearing on 2-24-2010. Indefinely now being held illegally. No charge at all. So now in cell until 3-26-2010 explaining this, I'am now on my way to SMCI that morning with no charges. Now what Carlton W. Reeves (7-21-11) (dismissed) this claim for is because I didnt (Exhaust my State Remedies) for RVR 78449 1, but (I did) and this what this lawsuit is all about here against him, A federal judge at US District Court in (Habeas Corpus) Jackson, MS 39201. Now from pages (19-25) this courts US District Courts will see I (Exhaust my state Remedies.) These is the Reason why this court (dismiss) my claim on 7-21-2011. This (15) failure to Review my habeas corpus and dismissed it for nothing and I could have had a (Expunged by exeutive

11-03-2021

ORDER ON 3-23-2011 to 7-21-2010.) I started on my ARP on (3-22-2010) (state remedies) in this case (310-cv-647) and no state courts needed, only (ARP.) I was not exhaust fighting my case in state or county courts of any. So I filed my ARP with MDOC (Carlton W Reeves) and didn't get a release like I supposed to between 2-10-10 and 3-21-12 max discharge of this sentence bogusly. Dates of sentencing on time sheet in this habeas corpus, ain't right at all. I attented prison (illegally) across Mississippi like, (Wilkinson County) 8-4-10 thur 10-21-10 (MSP) 10-21-10 thur 2-28-11 (SMCI) from (MCCF) 3-1-11, 3-21-12. 3-26-10 - 8-4-10, and this was very cruel and usually punishment. I had 4 months on Earned Release Supervision from 2-7-10 to June 6, 2010 and Discharge thur Hinds County Probation and Parole on June 6, 2010 thur Keith Brown, my ERS officer. No violation was place thur MDOC period. I was held for 25 months in prison for this in MDOC.

11-03-2021

This is a (lawsuit complaint) because this case 3:10 cv 647 was (dismissed) for not exhausting state remedies. The state remedies was exhausted on 3-22-2010, but (Judge Carlton W. Reeves) miss this, I don't know why. If he would have saw this, he would have knew this is an expunge by an executive order, asking state to release me out of MCCF, where I was at the time of this ruling 7-21-2011. I am asking ($5,000,000) dollars for US District Court miss (this error) of me exhausting my state remedies, Carlton W. Reeves 7-21-2011 finally decision. No, I did not this at that time that I filed my ARP because courts had all my paperwork and my copies got destroyed at MCCF around this time because of, illegally mess or they would have knew, ASAP. This complaint (consists) of asking (state) to let me go, and it in this habeas corpus (3:10 cv 647) from page (19-25). I ask for a release from MDOC. Not only that, whole 72 page habeas corpus stating it, to me.

PAGE-11
11-03-2021

I Christopher McDowell is asking for this of the United State District Court of Southern District of Mississippi Northern Jackson case number 3:10cv647 to (AWARD) this complaint and pay me $5,000,000 (MILLIONS), for the (MISTAKE) of the court NOT SEEING I file an ARP on 3-22-10, after the disciplinary action on 2-24-2010 and it is in my habeas corpus filed to US District courts on 11-08-2010 for the courts records. This is the (REASON) I can file this complaint, only (REASON.) Please respect to the fulliest.

SIGNATURE OF ME Christopher Maurice McDowell
DATED 11-03-2021  TODAY.  11-03-2021

② 11-3-2021

defendants).

## FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief). Calton W. Reeves (did not) investigate my habeas Corpus stating, that, I did not file a (ARP) on my case 3:10 cv 647, or exhausted my state remedies, in state court which I discharge on 6-6-2010.

### RELIEF

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the 3RD day of November, 2021.

Christopher Maurice McDowell
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

(name of plaintiff) Christopher Maurice McDowell

(mailing address of plaintiff) 45 Hardy Court Shopping Center

(city, state and zip code) Gulfport, MS 39507

(phone number of plaintiff) (786) 668-9930